Harry A. Horwitz
STEVENS & LEE
A PA Professional Corporation
1415 Marlton Pike East, Suite 506
Cherry Hill, New Jersey 08034
(856) 857-4002
Attorneys for Defendant George & Lynch, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| NORTHSTAR MARINE INC., <br> Plaintiff, <br><br> v. <br><br> CHERRY CREEK RECYCLING LLC, <br> AND GEORGE & LYNCH, INC., <br> Defendants. | Civil Action No.: <br><br> 1:14-cv-03773-NLH-AMD <br><br> STIPULATION AND ORDER <br> OF DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys of record for Plaintiff and Defendants in the above-captioned action, that Plaintiff hereby dismisses with prejudice all claims against Defendant George & Lynch, Inc. and of the Complaint as against George & Lynch, Inc., and that Defendant Cherry Creek Recycling, LLC hereby agrees to the dismissal with prejudice of Plaintiff's claims against Defendant


George & Lynch, Inc., and of the Complaint as against George & Lynch, Inc. The dismissal referred to in the preceding sentence shall be without costs to any party as against another party. It is further agreed that each party shall be responsible for its own attorneys' fees incurred in connection with this action. This stipulation may be filed with the Clerk of the Court, without further notice.

REEVES MCEWING, LLP
Attorneys for Plaintiff
Northstar Marine, Inc.

By: _____
    Brian McEwing
Dated: December 26, 2014

STEVENS & LEE, P.C.
*Attorneys for Defendant George & Lynch, Inc.*

By: _____
    Harry A. Horwitz
Dated: December 31, 2014

COHEN, SEGLIAS, PALLAS, GREENHALL & FURMAN, P.C.
THE WITT LAW FIRM, P.C.
Attorneys for Defendant Cherry Creek Recycling, LLC

By: _____
    Jesse Howard Witt
Dated: December 22, 2014

SO ORDERED:

_____
Hon. Noel L. Hillman, U.S.D.J.
Dated: _____, 2014